IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ALICE McINTARE
O/B/O J. R. H., A MINOR                                                PLAINTIFF

V.                           Civil No. 08-3006

MICHAEL J. ASTRUE, COMMISSIONER
SOCIAL SECURITY ADMINISTRATION                                         DEFENDANT

### ORDER

Plaintiff has submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis*. After review, it is found that plaintiff is unable to pay for the costs of commencement of suit and, accordingly, the following order is entered this 14th day of January 2008:

IT IS HEREBY ORDERED that plaintiff's motion for leave to proceed *in forma pauperis* is granted. The clerk is hereby directed to file the complaint *nunc pro tunc* as of January 10, 2008.

The CM/ECF Policies and Procedures Manual adopted by this court states that attorneys should not include sensitive information in any document filed with the Court unless such inclusion is necessary and relevant to the case. *See CM/ECF Policies and Procedures Manual for Civil Filings, at* www.arwd.uscourts.gov. This "sensitive information" includes the names of minor children, which should be redacted to the initials to protect the privacy of the minor. Therefore, the clerk is directed to redact the minor's name to initials for the purpose of opening this case. Counsel for the plaintiff is also directed to file a redacted complaint. All future pleadings should be filed in like form.

The court hereby directs that a copy of the complaint filed herein, along with a copy of this order, be served by the plaintiff by certified mail, return receipt requested, on the defendant, Michael J. Astrue, Commissioner, Social Security Administration, as well as Michael B. Mukasey, U.S.

Attorney General, and Claude Hawkins, Assistant U.S. Attorney, without prepayment of fees and costs or security therefor. The defendant is ordered to answer within sixty (60) days from the date of service.

IT IS SO ORDERED.

/s/ J. Marschewski
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JAN 17 2008

CHRIS R. JOHNSON, CLERK

BY
            DEPUTY CLERK